# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CS2 | 9668978 | PINON | 4378 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☑ USC ☐ State Code |
|---|---|
| 06/18/2020 / 0905 | 18 USC 113(4) |

**Place of Offense:** 3473 PALO VERDE DR OCEANSIDE, CA 92058

**Offense Description: Factual Basis for Charge** HAZMAT ☐

ASSAULT WITHIN MARITIME AND TERRITORIAL JURISDICTION

20-02529

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| SOTOMAYOR | JEANETTE | A |

Street Address: [redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| N/A | N/A | N/A | N/A | | N/A |

**A ☑ APPEARANCE IS REQUIRED** — If Box A is checked, you must appear in court. See instructions.

**B ☐ APPEARANCE IS OPTIONAL** — If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
$30 Processing Fee
$ _____ Total Collateral Due

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** 221 W BROADWAY ST, SAN DIEGO CA 92101

Date: _____ Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signature]

Original - CVB Copy

CCN: 02529    *9668978*    ENCLOSURE (1)

---

(For issuance of an arrest warrant or summons)

I state that on **AUGUST 18, 2020** while exercising my duties as a law enforcement officer in the **SOUTHERN** District of **CALIFORNIA**

SEE ATTACHED NARRATIVE

20-02529

The foregoing statement is based upon:
- ☐ my personal observation
- ☑ my personal investigation
- ☐ information supplied to me from my fellow officer's observation
- ☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **08/18/2020**    [signature] 4378
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident